# United States District Court for the District of Eastern Pennsylvania

## Removal to Federal District Court District of Eastern Pennsylvania

Respondent Party: SHARIF GREEN                                     Case # 667113893

vs

Petitioner Party: PASCADU/ TAMIKA MCLEAN

### NOTICE OF REMOVAL
Above mentioned respondent, **removes the above captioned actions from** the family court of the state of Pennsylvania 19102 to the United States District Court for the District of Eastern Pennsylvania pursuant to 28 U.S.C. Section 1441 and 1331. 28 U.S.C 1343.
**Petitioned by** PASCADU/TAMIKA MCLEAN/JOEL JOHNSON/JOAN ESMONDE

### STATEMENT
SPECIAL APPEARANCE, the above mentioned is "**One of the People**", and the registered owner and controller of the property hereby removes this case to UNITED STATES DISTRICT COURT for EASTERN PENNSYLVANIA.

### Grounds for removal
District court has original jurisdiction under 28 U.S.C. section 1331, because it arises under federal law. Specifically, the complaint seeks damages for alleged violations of the 4th, 5th, and 7th amendments arising from conduct that occurred while defendant was acting in his official capacity as a federal employee. 1) Pursuant 18 U.S.C. 241 and 242 and (Article VI, Clause 2) establishes that the Constitution, federal laws made pursuant to it, and treaties made under its authority, constitute the "**Supreme Law of the Land**", and thus **takes priority over any conflicting state laws**. {1} It provides that **state courts are bound** by, and State Constitution Subordinate to, The Supreme Law.

Removal is timely
1) Removal is timely as the initial notice of this petition was mailed July 12th, 2023 and received July 18th 2023.

As copy the complaint filed in state court, as well as all other pleadings and documents filed in the case, are attached here to.

Date: 8/14/23

Respectfully Submitted
Sharif Green