IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PASCADU, *et al.*, | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| SHARIF GREEN, | : | No. 23-3151 |
| Defendant. | : | |

**ORDER**

AND NOW, this 21st day of February, 2024, in light of Mr. Sharif Green's failure comply with the November 11, 2023 Order issued in this case (Doc. No, 4), it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE